PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
APR 16 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Mario Rodriguez**

**Docket No. 0:02CR00299-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Mario Rodriguez** who was sentenced for Felon in Possession of a Firearm on March 11, 2003, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 2 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program, mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Rodriguez has been a resident at the Volunteers of America halfway house since November 20, 2006, but has been unable to secure employment or a release residence. Supervision is scheduled to commence April 17, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of up to 120 days in a community corrections center as approved and directed by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 16th day of April, 2007, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368

Executed on April 12, 2007

Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
APR 16 2007
U.S. DISTRICT COURT MPLS