RECEIVED
APR 16 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 49

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Robert Mario Rodriguez

Docket No. 0:02CR00299-001

**HEARING WAIVER**

I, Robert Mario Rodriguez, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of up to 120 days in a community corrections center as approved and directed by the probation officer and shall observe the rules of that facility.

Signed: x Robert M. Rodriguez
Robert Mario Rodriguez

Witness: [signature]

Dated: x 4-11-07

SCANNED
APR 16 2007
U.S. DISTRICT COURT MPLS