PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Mario Rodriguez**

**Docket No. 0:02CR00299-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Mario Rodriguez** who was sentenced for Felon in Possession of a Firearm on March 11, 2003, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment and mandatory drug testing
- Up to 120 days residency at a community corrections center (modified April 16, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 11, 2006, the Bureau of Prisons furloughed Mr. Rodriguez to the community corrections center in preparation of his April 17, 2007, release. As of this writing, he remains unemployed and his motivation is in question.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

SCANNED
MAY 2 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 24th day of May, 2007, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368

Executed on May 21, 2007

Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission