PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JUN 14 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
**for the**
**DISTRICT OF MINNESOTA**

**United States v. Robert Mario Rodriguez**

**Docket No. 0:02CR00299-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Mario Rodriguez** who was sentenced for Felon in Possession of a Firearm on March 11, 2003, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment and mandatory drug testing
- Up to 120 days residency at a community corrections center (modified April 16, 2007)
- Up to 20 hours of community service per week until employed (modified May 24, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Rodriguez failed to appear for drug testing on June 5, 2007. In addition, he failed to appear for a one-on-one counseling session and a group session.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 14th day of June, 2007, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368

Executed on June 12, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
JUN 1 _ 2007
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission