RECEIVED
JUN 14 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 49

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Robert Mario Rodriguez

Docket No. 0:02CR00299-001

# HEARING WAIVER

I, Robert Mario Rodriguez, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: Robert Rodriguez
Robert Mario Rodriguez

Witness: [signature]

Dated: 6-8-07