PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
OCT 19 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Mario Rodriguez**

**Docket No. 0:02CR00299-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Mario Rodriguez** who was sentenced for Felon in Possession of a Firearm on March 11, 2003, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment and mandatory drug testing
- Up to 120 days residency at a community corrections center (modified April 16, 2007)
- Up to 20 hours of community service per week until employed (modified May 24, 2007)
- 16 hours community service work (modified June 14, 2007)
- 16 hours community service work (modified August 2, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Rodriguez was terminated from cognitive skills group for failure to attend, failure to submit to drug testing, admitted marijuana use, failure to participate in community service work, and failure to secure employment.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall surrender to the custody of the Bureau of Prisons for a period of 14 days, pursuant to 18 U.S.C. §§ 3583(d)(3) and 3563(b)(10). The U.S. Marshals Service shall provide transportation.

SCANNED
OCT 22 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 15th day of October, 2007, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368

Executed on October 11, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission