Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Robert Mario Rodriguez

Docket No. 0:02CR00299-001

**HEARING WAIVER**

I, Robert Mario Rodriguez, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall surrender to the custody of the Bureau of Prisons for a period of 14 days, pursuant to 18 U.S.C. §§ 3583(d)(3) and 3563(b)(10). The U.S. Marshals Service shall provide transportation.

Signed: Robert M. Rodriguez
Robert Mario Rodriguez

Witness: [signature]

Dated: 10-11-07

SCANNED
OCT 22 2007
U.S. DISTRICT COURT MPLS