**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

# ORDER

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT MARIO RODRIGUEZ,

Defendant.

Docket No. 0:02CR00299-001(JNE)

UPON REPORT AND RECOMMENDATION BY United States Probation Officer Richard W. Hermes, Minneapolis, Minnesota:

IT IS HEREBY ORDERED That the petition signed October 18, 2007, modifying the supervised release conditions to include 14 days custody of the Bureau of Prisons is rescinded and the defendant is remanded to the custody of the U.S. Marshals Service for a term of 14 days.

Signed and executed this 26th day of October, 2007.

Honorable Joan N. Ericksen
U.S. District Judge

SCANNED
OCT 29 2007
U.S. DISTRICT COURT MPLS