Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Robert Mario Rodriguez

Docket No. 0:02CR00299-001

## HEARING WAIVER

I, Robert Mario Rodriguez, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall be remanded to the custody if the United States Marshals Service for a term of 14 days.

Signed: x Robert Rodriguez
Robert Mario Rodriguez

Witness: [signature]

Dated: x 10-25-07

SCANNED
OCT 29 2007
U.S. DISTRICT COURT MPLS