**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S.Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-299 JNE |
| | ) | Date: February 25, 2008 |
| Robert Mario Rodriguez, | ) | Court Reporter: None |
| | ) | Tape Number: #194 1824-3077 |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | | Time Concluded: 3:05 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** Nicole English
Assistant U.S. Attorney

**Defendant:** Andrew Mohring
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter: NA // English

Date Charges Filed: January 10, 2008 Offense: Failed to appear, left treatment, unemployed, whereabouts unknown

☒Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is: ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is February 27, 2008 at 10:30 before U.S. Magistrate Judge Franklin L. Noel for:

☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐removal hrg ☒ preliminary revocation

Additional Information:

s/Joan Flood
Criminal Duty Clerk