**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Robert Mario Rodriguez,<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Franklin L. Noel<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | CR 02-299 JNE |
| Date: | February 27, 2008 |
| Court Reporter: | Tim Willette |
| Tape Number: | None |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 10:50 a.m. |
| Time in Court: | 20 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**

☒ **PRELIMINARYREVOCATION/DETENTION HRG** ☐ **REMOVAL HRG**

Prelim/Det Minutes: 2/18

APPEARANCES:

**Plaintiff**: David Genrich
Assistant U.S. Attorney

**Defendant:** Andrew Mohring
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter//Language None//English

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Deft Ordered Detained - Govt to submit proposed order

☒ Deft waives preliminary revocation hearing

Additional Information:
**After defendant granted bond, defendant requested to be remanded to the US Marshall's custody until Final Revocation hearing.**

s/ Joan Flood
Criminal Duty Clerk