UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-299(JNE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER FOR DETENTION |
| | ) | PENDING FINAL REVOCATION |
| v. | ) | HEARING |
| | ) | |
| ROBERT MARIO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on February 27, 2008, for a consolidated preliminary and detention hearing on a Petition for Revocation of Supervised Release in the above-captioned matter. Defendant was present and represented by Assistant Federal Defender Andrew H. Mohring, Esq. The United States was represented by Assistant United States Attorney David M. Genrich.

Following consultation with his counsel and after the Court advised defendant of his right to proceed with a preliminary hearing on the alleged violation, defendant waived a preliminary hearing on the alleged supervised release violation.

Following consultation with his counsel and after the Court inquired of defendant, defendant stated that based on the potential for instability in his living arrangements pending a final revocation hearing, defendant waived the detention hearing. Defendant stated he understood that waiver of the detention hearing would result in continued detention pending the final revocation hearing.

Based upon the above and all the proceedings to date in the

above-captioned matter, including defendant's waivers and the absence of a suitably stable place for defendant to reside pending a final hearing, the Court finds by a preponderance of the evidence that no condition or combination of conditions will assure the defendant’s appearance at future court proceedings.

A final revocation hearing will be set for before the Honorable Judge Joan N. Ericksen.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion of the United States for continued temporary detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending trial;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: February 28, 2008

s/ Franklin L. Noel
The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota