**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT MARIO RODRIGUEZ,

Defendant.

02cr299 (JNE)

**NOTICE OF SUPERVISED RELEASE REVOCATION HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **a SUPERVISED RELEASE REVOCATION HEARING** on Wednesday, March 12, 2008 at 10:30 a.m., before Judge Joan N. Ericksen, Courtroom 12W, Minneapolis. Counsel are directed to check the kiosk on the 1st Floor of the Federal Courthouse in Minneapolis, Minnesota for any change in location.

DATED: March 4, 2008.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Calendar Clerk*

cc: Ms. Michelle E. Jones
Mr. Andrew H. Mohring
Mr. Richard W. Hermes, Probation Officer