A0 442 (Rev. 5/93) Warrant for Arrest

CEIV

FEB 2

U.S. DIST
POLIS,

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Robert Mario Rodriguez

**WARRANT FOR ARREST**

0841-0111-0432-D

CASE NUMBER: **CR 02-299 JNE/JGL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Robert Mario Rodriguez

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Joan N. Erickson, United States District Court Judge.

Lori Sampson

(By) Lori Sampson, Deputy Clerk

January 11, 2008 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 2-22-08
ARRESTED BY Self-Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
MAR 10 2008
U.S. DISTRICT COURT ST. PAUL