**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Robert Mario Rodriguez,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Joan N. Ericksen
U.S. Judge

Case No: 02cr299 (JNE)
Date: March 12, 2008
Court Reporter: Maria Weinbeck
Tape Number:
Time Commenced: 3:44 p.m.
Time Concluded: 4:05 p.m.
Time in Court: 0 Hours & 21 Minutes

## APPEARANCES:

Plaintiff: Michelle E. Jones, Assistant U.S. Attorney
Defendant: Andrew H. Mohring ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: /

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☒ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☒ Defendant is sentenced to: BOP 6 months. No supervision to follow
☐ Written order to be issued.

s/Sheri L. Frette
Calendar Clerk